FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN 28 A 11:41

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEMETRIUS C. NICKENS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-10-956 |
| PUBLIC STORAGE, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Demetrius C. Nickens hereby voluntarily dismisses with prejudice all claims against Defendant, Public Storage. Each party to pay their own costs.

_/s/ Demetrius C. Nickens_
Demetrius C. Nickens, Pro Se
mrnickens808@gmail.com
3409 Northway Drive
Parkville, Maryland, 21234

Plaintiff

_/s/_
Jonathan P. Kagan
Federal Bar No. 23181
jkagan@bkglawfirm.com
Jeffrey P. Bowman
Federal Bar No. 28940
jbowman@bkglawfirm.com
BALDWIN KAGAN & GORMLEY, LLC
112 West Street
Annapolis, MD 21401
410-974-9200
410-974-9241 (Facsimile)

Counsel for Defendant,
Public Storage

APPROVED THIS 28th DAY OF June 2010

_/s/ Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.